| Cause #: | 2013-29901 | | Court # | 215TH | Judgment Date: | 1/16/2015 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 63869600 |
| Due Date: | 2/2/2015 | | Attorney Bar No: | | 10117950 | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 2:46:35 PM
CHRISTOPHER A. PRINE
Clerk

Assigned to  FIRST  Court of Appeals

| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | | N/A |
|---|---|---|
| Request for Transcript Filed? | NONE | D |
| Notice of Appeal previously filed? N | | OA |
| Number of Days: | 10 | |
| File Ordered: IMAGED | | |
| Notes: Accelerated Appeal | | |

BC      Notice of Appeal filed
BG      Notice of Appeal filed – Government
C        Appealing Final Judgment
D -      Accelerated Appeal
OA       No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

NO. 2013-29901

| | | |
|---|---|---|
| MARY M. IACONO | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| VS | § | HARRIS COUNTY, T E X A S |
| | § | |
| . | § | |
| OMNI HOTELS MANAGEMENT CORP. | § | 215TH JUDICIAL DISTRICT |

### PLAINTIFF MARY IACONO'S NOTICE OF APPEAL

Pursuant to Texas Rules of Appellate Procedure 25.1, Plaintiff Mary Iacono files this notice of appeal.

1.    This appeal is taken from cause number 2013-29901 in the 215th Judicial District Court of Harris County, Texas, the Honorable Elaine Palmer presiding.

2.    The style of the case is Mary Iacono vs Omni Hotels Management Corp., Stanley Black & Decker, Inc. and Stanley Access Technologies LLC; Cause No. 2013-29901

3.    The Plaintiff Mary Iacono desires to appeal the trial court's granting of Defendants' Stanley Black & Decker, Inc. and Stanley Access Technologies LLC First Amended Partial Motion for Summary Judgment, by order signed on January 16, 2015.

4.    This appeal is taken to the First or Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted,

The Law Offices of Hugh J. Howerton P.L.L.C.


_-S- Hugh J. Howerton_
Hugh J. Howerton
TBA No. 10117950
13030 Rummel Creek
Houston, Texas 77079
(713) 984-9848
(713) 984-8894 (fax)

e-mail:hjhowerton@comcast.net
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by fax on January 23, 2015.


*-S- Hugh J. Howerton*
Hugh J. Howerton


Clerk, First Court of Appeals
1307 San Jacinto, 10th Floor
Houston, Texas 77002

Clerk, Fourteenth Court of Appeals
1307 San Jacinto 11th Floor
Houston, Texas 77002


R.Clay Hoblit
Hoblit Ferguson Darling LLP
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78401
Via fax

George P. Pappas
Sheehy, Ware & Pappas, P.C.
2500 Two Houston Center
909 Fannin Houston, Texas 77010
Via fax

CASE NUM: 201229667__ PJN> __   TRANS NUM: _____   CURRENT COURT: 308 PUB? _
CASE TYPE: TITLE-4 PATERNITY              CASE STATUS: DISPOSED (FINAL)
STYLE: ANDERSON, JULIE ANN            VS DAINARD, ANTHONY DOUGLAS
=============================================================================
                        **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT
_      00005-0001 XDF 03202200 ANDERSON, JULIE ANN               BROWN, MATTHE
_      00004-0001 XPL 24064977 DIANARD, ANTHONY D.              BURKETT, JESS
_      00006-0001 MED 24057954 LAFITTE, STACEY ANNE DRAPER
_      00003-0001 PLT 99999951 AG CHILD SUPPORT, 610            AG CHILD SUPP
_      00002-0001 DEF          DAINARD, ANTHONY DOUGLAS
_      00001-0001 PLT 99999951 ANDERSON, JULIE ANN              AG CHILD SUPP


==> (6) CONNECTION(S) FOUND
1=ACTIVE        2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.     7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH     11=HELP

CASE NUM: 201229667__ PJN> __   TRANS NUM: _____   CURRENT COURT: 308 PUB? _
CASE TYPE: TITLE-4 PATERNITY              CASE STATUS: DISPOSED (FINAL)
STYLE: ANDERSON, JULIE ANN            VS DAINARD, ANTHONY DOUGLAS
=============================================================================
                        **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT




==> (0) CONNECTION(S) FOUND
1=INACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.     7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH     11=HELP